UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| DEVONTAY POWELL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-0082 |
| v. | ) | Judge Sharp |
| | ) | |
| BUCKY ROWLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Docket No. 9) recommending that this case be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to comply with the Court's order requiring return of completed service packets. The time for filing Objections has expired, and none have been filed.

Having undertaken *de novo* review as set forth in Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Docket No. 9) is hereby ACCEPTED and APPROVED and this case is hereby DISMISSED WITHOUT PREJUDICE.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE